**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−24241−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Richard A. Shellogg
   1509 Henderson Avenue
   Washington, PA 15301−8266

Social Security No.:
   xxx−xx−3630

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 6, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 6, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/1/17

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24241-GLT
Richard A. Shellogg                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 2              Date Rcvd: Feb 01, 2017
                               Form ID: rsc13          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db              Richard A. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
14324536       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14322040        Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
14322041       +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
14322042       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14322043        Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14322044      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                 (address filed with court: Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14322045        Mary V. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
14322048        Wilmington Trust, Nat'l Accociation,    Attn: Grenen & Birsic, PC,    One Gateway Center,
                 Ninth Floor,    Pittsburgh, PA 15222
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 02:03:38      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14322039       +E-mail/Text: ccusa@ccuhome.com Feb 02 2017 02:02:57      Credit Coll/usa,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14339456       +E-mail/PDF: cbp@onemainfinancial.com Feb 02 2017 02:09:20      ONEMAIN,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
14322046       +E-mail/PDF: cbp@onemainfinancial.com Feb 02 2017 02:08:39      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
14322047       +E-mail/Text: bknotices@professionalcredit.com Feb 02 2017 02:04:34      Professional Credit Se,
                 400 International Way,    Springfield, OR 97477-7002
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14334926*      +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14334927*      +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
14334928*      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14334929*       Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14334930*     ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                 (address filed with court: Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14334931*      +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14334932*      +Professional Credit Se,    400 International Way,    Springfield, OR 97477-7002
                                                                                   TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard A. Shellogg ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2            User: bsil                  Page 2 of 2              Date Rcvd: Feb 01, 2017
                                Form ID: rsc13              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
          mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                    TOTAL: 5