MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Shellogg_____ JAD/TPA/CMB/GLT
Date of Meeting: _3/6/17_____
Case Number: _16-24241_ Recording #_____
Debtor(s) present ____ or Not Present ✓ (___No Payments Made or __ partial payments)
Attorney for debtor(s) _McElrath_____ (Present ✓ or Not Present____)
Date of Plan at § 341:_____ Applicable commitment period ___ 3 yrs ___ 5 yrs

FILED

2017 MAR -9 P 12: 42

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD                    __✓__ Order to Show Cause Requested
                                          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
            _____ 341 Meeting      OR _____ Conciliation Conf. OR ___ *Contested Hearing
         On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee