**Form 203**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

39 – 13  
ctak

In re:

Bankruptcy Case No.: 16–24241–GLT  
Issued Per the March 6, 2017 Proc.  
Chapter: 13

**Richard A. Shellogg**  
   Debtor(s)

### ORDER DIRECTING DEBTOR(S) FILE NOTARIZED AFFIDAVIT
### AND RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**AND NOW,** this 22nd day of March, 2017, the Debtor(s) having failed to:

- ☑ Attend §341 Meeting of Creditors

- ☑ Attend Chapter 13 Plan Confirmation Hearing

- ☑ Commence Chapter 13 Plan Payments

- ☐ Make Regular Plan Payments

- ☑ Documentary proof that at least one full plan payment has been submitted to the Trustee since the March 6, 2017 meeting of creditors. Documentary proof must be a copy of the money order, cashier check, earnings statement or pay stub showing payroll or benefit deduction used to make the plan payment together with a copy of the print out of the payment history of Debtor of the receipts (available on the Chapter 13 Trustee's Website) that indicates the amounts and dates the Trustee received the payments. The plan payment must be sent to the Ronda J. Winnecour, Chapter 13 Trustee, W.D. PA, P.O. Box 84051, Chicago, IL 60689–4002.

   **IT IS HEREBY ORDERED** that each Debtor shall file a notarized affidavit by **4/5/2017** explaining the failure to comply with the bankruptcy requirements checked above.

   The affidavit shall include:  
(a) each Debtor's current mailing address;  
(b) a request by each Debtor to reschedule the §341 meeting and/or plan confirmation hearing (as applicable); and  
(c) a statement of intention by each Debtor to attend the next scheduled §341 and/or plan confirmation hearing.

   **IT IS FURTHER ORDERED** that if the failure to comply checked above includes lack of plan payments, the Debtor shall also attach documentary proof (i.e., a copy of the money order or cashier's check) of submission of at least one full plan payment to the Chapter 13 Trustee's lock box bank account.

   **IT IS FURTHER ORDERED** that failure to comply with this order shall result in an order dismissing this case, for cause, without prejudice, under 11 U.S.C. §109(g)(1), without further notice or hearing.

Gregory L. Taddonio  
Judge

cm: Debtor, Counsel, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Shellogg
    Debtor

Case No. 16-24241-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: ctak    Page 1 of 1    Date Rcvd: Mar 22, 2017
                   Form ID: 203    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db          Richard A. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Paul W. McElrath, Jr.    on behalf of Debtor Richard A. Shellogg ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                            TOTAL: 5