IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 16-24241-GLT |
| | : | Chapter 13 |
| RICHARD A. SHELLOGG, | : | |
| | : | |
| Debtor. | : | Hearing: May 17, 2017 at 10:30 a.m. |
| | : | Response: May 9, 2017 |

## ORDER TO SHOW CAUSE

The above-captioned bankruptcy case commenced on November 15, 2016 when the Debtor filed his petition for relief under chapter 13 of the United States Bankruptcy Code. The first meeting of creditors (a "Meeting of Creditors") was scheduled to be held on January 30, 2017 [Dkt. No. 16], but the Debtor failed to attend [Dkt. No. 32]. The Meeting of Creditors was then rescheduled to March 6, 2017 and the Debtor again failed to appear. On March 9, 2017, the chapter 13 trustee requested that the Court issue an order to show cause to allow the Debtor the opportunity to explain why the case should not be dismissed for the failure to attend two scheduled Meetings of Creditors.

In response to the trustee's request, the Court issued its *Order* dated March 22, 2017 [Dkt. No. 39] which required the Debtor to: (1) file a notarized affidavit on or before April 5, 2015 explaining his failure to attend two Meetings of Creditors and commence plan payments to the trustee; and (2) submit documentary proof that one full plan payment was remitted to the trustee since the March 6 Meeting of Creditors. The March 22 *Order* further provided that the "failure to comply with [the] order shall result in an order dismissing this case, for cause, without prejudice, under 11 U.S.C. § 109(g)(1), without further notice or hearing."

Debtor's counsel, Paul W. McElrath, Esq., filed a response to the March 22 *Order* indicating that the Debtor passed away on March 27, 2017 [Dkt. No. 41]. Attorney McElrath

requested payment of his outstanding legal fees in the amount of $3,500 from the funds on hand with the chapter 13 trustee.

In light of the Debtor's passing, the Court will hold a hearing to consider whether this bankruptcy case should be dismissed or converted to a case under chapter 7 of the Bankruptcy Code.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtor to appear through his counsel, Paul W. McElrath, Esq., at a hearing scheduled on **May 17, 2017** at **10:30 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to address whether the Debtor's bankruptcy case should be dismissed or converted to a case under chapter 7 of the Bankruptcy Code.

2. Any response to this *Order to Show Cause* shall be filed on or before **May 9, 2017**.

Dated: April 18, 2017

_____
GREGORY J. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
All parties on the creditors' matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24241-GLT
Richard A. Shellogg                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2          Date Rcvd: Apr 18, 2017
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
```
db              #Richard A. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
14324536        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                  Arlington, TX 76096-3853
14322040         Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
14322041        +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
14322042        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14322043         Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14322044       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                (address filed with court:  Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14322045         Mary V. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
14322048         Wilmington Trust, Nat'l Accociation,    Attn: Grenen & Birsic, PC,    One Gateway Center,
                  Ninth Floor,    Pittsburgh, PA 15222
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14322039        +E-mail/Text: ccusa@ccuhome.com Apr 19 2017 00:56:56     Credit Coll/usa,
                  16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14339456        +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 00:54:02      ONEMAIN,   605 MUNN ROAD,
                  FT. MILL, SC 29715-8421
14322046        +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 00:54:02      Onemain Fi,   6801 Colwell Blvd,
                  Irving, TX 75039-3198
14322047        +E-mail/Text: bknotices@professionalcredit.com Apr 19 2017 00:57:55       Professional Credit Se,
                  400 International Way,    Springfield, OR 97477-7002
                                                                                             TOTAL: 4
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr*             +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,    Arlington, TX 76096-3853
14334926*       +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14334927*       +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
14334928*       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14334929*        Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14334930*      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                (address filed with court:  Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14334931*       +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
14334932*       +Professional Credit Se,    400 International Way,    Springfield, OR 97477-7002
                                                                                     TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard A. Shellogg ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: bsil              Page 2 of 2           Date Rcvd: Apr 18, 2017
                              Form ID: pdf900         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 5