IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
MAY 18 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re: : Case No.: 16-24241-GLT
: Chapter: 13
Richard A. Shellogg :
:
: Date: 5/17/2017
*Debtor(s).* : Time: 10:30

## PROCEEDING MEMO

**MATTER:** #42 - Order to Show Cause Why Case Should be Dismissed or Converted to Chapter 7 for failure to:
(1) Explain Failure to Attend Two 341 Meetings
(2) File Documentary Proof of Plan Payment
[Response due 5-9-17]

**APPEARANCES:**
Debtor: Paul W. McElrath
Trustee: Owen Katz

**NOTES:**

**OUTCOME:**

1. Order to be issued dismissing case and authorizing the trustee to distribute any funds on hand towards the balance of the "no look" fee owed to Debtor's counsel. (CT to prepare).

**DATED:** 5/17/2017