Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard A. Shellogg** | : | Case No. 16−24241−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 42 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **19th day of May, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

(5) To the extent the Trustee has remaining funds on hand, she is authorized to distribute those funds to Debtor's counsel towards any unpaid portion of the no−look fee.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 16-24241-GLT
Richard A. Shellogg                                                 Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak                 Page 1 of 2                  Date Rcvd: May 19, 2017
                              Form ID: 309               Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             #Richard A. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
14324536       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14322040        Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
14322041       +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
14322043        Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14322044      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14322048        Wilmington Trust, Nat'l Accociation,    Attn: Grenen & Birsic, PC,    One Gateway Center,
                 Ninth Floor,    Pittsburgh, PA 15222
14415260       +Wilmington Trust, National Association,,    Fay Servicing, LLC,
                 440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14322039       +EDI: CCUSA.COM May 20 2017 00:33:00      Credit Coll/usa,   16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14322042       +EDI: PHINAMERI.COM May 20 2017 00:33:00      Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
14339456       +EDI: AGFINANCE.COM May 20 2017 00:33:00      ONEMAIN,   605 MUNN ROAD,   FT. MILL, SC 29715-8421
14322046       +EDI: AGFINANCE.COM May 20 2017 00:33:00      Onemain Fi,   6801 Colwell Blvd,
                 Irving, TX 75039-3198
14322047       +E-mail/Text: bknotices@professionalcredit.com May 20 2017 00:38:19      Professional Credit Se,
                 400 International Way,    Springfield, OR 97477-7002
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14334926*      +Credit Coll/usa,   16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14334927*      +Fayfinancial,   939 W North Ave Ste 680,    Chicago, IL 60642-1231
14334928*      +Gm Financial,   Po Box 181145,    Arlington, TX 76096-1145
14334929*       Grenen & Birsic, P.C.,    One Gateway Center 9th Floor,    Pittsburgh, PA 15222
14334930*     ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark,     2118 Usher St Nw,    Covington, GA 30014)
14334931*      +Onemain Fi,   6801 Colwell Blvd,    Irving, TX 75039-3198
14334932*      +Professional Credit Se,    400 International Way,    Springfield, OR 97477-7002
14322045      ##Mary V. Shellogg,    1509 Henderson Avenue,    Washington, PA 15301-8266
                                                                                TOTALS: 1, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: ctak              Page 2 of 2            Date Rcvd: May 19, 2017
                              Form ID: 309            Total Noticed: 13
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard A. Shellogg ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 5
```