**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD A. SHELLOGG<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-24241 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2016 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,580.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,580.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,426.06 | |
| Trustee Fee | 153.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,580.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON TRUST NA - TRUSTEE MFRA<br>Acct: 5181 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON TRUST NA - TRUSTEE MFRA<br>Acct: 5181 | 13,724.07 | 0.00 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LLC<br>Acct: 6605 | 7,429.25 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: 7293 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD A. SHELLOGG<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 3,500.00 | 3,426.06 | 0.00 | 0.00 |

| 16-24241 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

Unsecured
| | | | | |
|---|---|---|---|---|
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4501 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 4,381.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7293 | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W | 9,758.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1264 | | | | |
| PROFESSIONAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8374 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | 0.00 |
|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,153.32 |
| UNSECURED | 14,140.04 |

Date: 06/14/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com